## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN LENTZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Case No. CIV-24-765-R |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION AND DISMISSAL WITH PREJUDICE

Plaintiff John Lentz and Defendant State Farm Fire and Casualty Company, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

Respectfully submitted,

*/s/ Kathryn D. Terry*
Kathryn D. Terry, OBA# 17151
Natalie M. McMahan, OBA# 34335
PHILLIPS MURRAH P.C.
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103
Telephone:  405.235.4100
E-mail:  kdterry@phillipsmurrah.com
            nmmcmahan@phillipsmurrah.com
***Attorneys for Defendant***


*/s/ Gerard F. Pignato*
Gerard F. Pignato, OBA# 11473
Matthew C. Kane, OBA# 19502
RYAN WHALEY, PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jerry@ryanwhaley.com
mkane@ryanwhaley.com
***Attorneys for Plaintiffs***